[Nos. 25546-4-II; 25547–2–II;   Division Two.   February 15, 2001.]
25548–1–II.

*In the Matter of* H.L.D., ET AL.

Appeals from judgments of the Superior Court for Wahkiakum County, Nos. 99-7-00007-0, 99-7-00008-8 and 99-7-00009-6, Joel M. Penoyar, J., entered January 31, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Bridgewater, JJ.

[No. 24868-9-II.   Division Two.   February 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN J. CANALES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00961-3, Don L. McCulloch, J., entered June 29, 1999. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 24899-9-II.   Division Two.   February 15, 2001.]

*In the Matter of the Estate of* NICHOLAS A. STEIN.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated July 27, 2001. Substitute opinion filed. See 107 Wn. App. 1022.

[No. 18866-3-III.   Division Three.   February 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD STIFFLER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-1-00274-5, Carolyn A. Brown, J., entered October 29, 1999. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Kato, J.